Case Name: RUTHE, JOEL R.
                    RUTHE, KIMBERLY A.
Case No:    08-70094

## CERTIFICATION OF REVIEW

The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: October 16, 2008                    WILLIAM T. NEARY
                                                          United States Trustee, Region 11


                                      BY:    */s/ Carole J. Ryczek*
                                               CAROLE J. RYCZEK
                                               Attorney for the U.S. Trustee