IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:
RUTHE, JOEL R
RUTHE, KIMBERLY A

CASE NO. 08-70094 MB

Judge Manuel Barbosa

Debtor(s)

Social Security/Employer Tax ID Number: xxx-xx-0348

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION,
(AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held
   At: U.S. BANKRUPTCY COURT
   211 South Court Street, Room 220
   Rockford, IL 61101

   on: November 26, 2008
   at: 9:30 a.m.

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| JAMES E. STEVENS Trustee | $ 0.00 | $ 8,750.34 | |
| Barrick, Switzer, Long, Balsley & Van Evera Trustee's Firm Legal | $ 0.00 | $ 4,441.50 | |
| Barrick, Switzer, Long, Balsley & Van Evera Trustee's Firm Legal | $ 0.00 | $ | 269.00 |

EXHIBIT A

4.  The Trustee's Final Report shows total:

    a. Receipts                              $    110,006.88

    b. Disbursements                         $    100,788.73

    c. Net Cash Available for Distribution   $      9,218.15

5.  In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $12,207.20. Assuming that all fees, compensation and expenses are allowed in the amounts requested, this leaves the total amount of $0.00, to be distributed to the general unsecured creditors whose claims have been allowed. The total amount of unsecured claims which will share in the distribution is $231,522.60, resulting in an approximate distribution of 0.00% to unsecured creditors.

6.  The debtor has been discharged.

7.  The Trustee proposed to abandon the following property at the hearing:

    See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

DATE: _10-14-08_      _____
                     James E. Stevens

**EXHIBIT A**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: cbachman              Page 1 of 2                Date Rcvd: Oct 17, 2008
Case: 08-70094                Form ID: pdf002             Total Served: 100

The following entities were served by first class mail on Oct 19, 2008.
db          +Joel R Ruthe,    1263 W Stover St,    Freeport, IL 61032-4872
jdb         +Kimberly A Ruthe,    1206 W Stover St,    Freeport, IL 61032-4873
aty         +Bernard J Natale,    Bernard J. Natale, Ltd.,    6833 Stalter Drive,   Suite 201,
              Rockford, IL 61108-2582
tr          +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
              Rockford, IL 61108-2579
11874861    +ABC Supply,    9203 N. Second Street,    Roscoe, IL 61073-7201
11874866     AT&T Universal Card,    Cardmember Services,    PO Box 44167,    Jacksonville, FL 32231-4167
11874862    +Ace's Lube,    930 W. Galena Avenue,    Freeport, IL 61032-3949
12183418     Advanta Bank Corp,    c o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
11874863     Advanta Bank Corp.,    PO Box 30715,    Salt Lake City, UT 84130-0715
11874865     Amcore Bank,    PO Box 407066,    Fort Lauderdale, FL 33340-7066
11874867    +Bertch Cabinet Mfg.,    PO Box 2280,    Waterloo, IA 50704-2280
12065559    +CAPITAL ONE BANK (USA), N.A.,    C/O TSYS DEBT MANAGEMENT (TDM),    PO BOX 5155,
              NORCROSS, GA 30091-5155
11874875    +CBK Supply, Inc.,    ATTN: Alan W. Vierthaler,    PO Box 1037,    Janesville, WI 53547-1037
11874868    +Cabela's Club Visa,    World Foremost Bank,    PO Box 82609,    Lincoln, NE 68501-2609
11874869    +Caine & Weiner,    1941 Bishop Lane,    Louisville, KY 40218-1922
11874870     Capital One Bank,    Bankruptcy Department,    PO Box 85667,    Richmond, VA 23285-5667
11874871    +Capital One Small Business,    PO Box 70886,    Charlotte, NC 28272-0886
11874872    +Carl M. Roderick,    410 Maple,    Lena, IL 61048-9130
12036147    +Carl Roderick,    c/o David F. Black, Attorney at Law,    600 S. State Street, Ste. 200,
              Belvidere, IL 61008-4329
11874873    +Carstin Brands, Inc.,    PO Box 285,    Arthur, IL 61911-0285
11874874    +Cascade Industries,    3944 Auburn Street,    Rockford, IL 61101-2503
12075361     Chase Bank USA, NA,    PO BOX 15145,    Wilmington, DE 19850-5145
11874876     Chase Cardmember Services,    PO Box 15298,    Wilmington, DE 19850-5298
11874877    +Citi Cards,    PO Box 6000,    The Lakes, NV 89163-0001
11874878     CitiBusiness Platinum Select,    PO Bpx 44180,    Greenville, FL 32331-4180
11874880    +Computer Dynamics,    451 W. South Street,    Freeport, IL 61032-6833
11874881     Connor Supply Company,    PO Box 5007,    Peoria, IL 61601-5007
11874882    +Core Financial Group, Inc.,    3100 Industrial Drive,    Freeport, IL 61032-9690
11874883    +Cornerstone Credit Union,    550 W. Meadows Drive,    Freeport, IL 61032-5072
11874884    +Curt's Country Copiers, Inc.,    PO Box 128,    Mc Connell, IL 61050-0128
11874885    +Design Build Group,    60 N. Sunset Avenue,    Freeport, IL 61032-3751
11874887    +Donald Morgan,    % Attorney Mark Zaleski,    10 N. Galena Avenue - Suite 220,
              Freeport, IL 61032-4360
11874888     Exxon Mobil,    PO Box 530964,    Atlanta, GA 30353-0964
11874889    +FHN Memorial Hospital,    Central Business Office,    PO Box 857,    Freeport, IL 61032-0857
11874890    +FHN Physician Services,    PO Box 268,    Freeport, IL 61032-0268
11874891    +First Data,    100 Crescent Court - 7th Floor,    Dallas, TX 75201-1832
11874892    +Frank Ward,    1402 Woodside Drive,    Freeport, IL 61032-6726
11874893     Freeport Glass,    PO Box 661,    Freeport, IL 61032-0661
11874894     Freeport Water and Sewer,    City Hall Building,    Freeport, IL 61032
11874895     General Casualty Insurance,    PO Box 3109,    Milwaukee, WI 53201-3109
11874896    +Gerali Custom Design, Inc.,    1482 Sheldon Drive,    Elgin, IL 60120-8131
11874897     German American State Bank,    Cardmember Services,    PO Box 6353,    Fargo, ND 58125-6353
11874898    +GermanAmerican State Bank,    100 Church Street,    German Valley, IL 61039-9016
11874899     Homecrest Cabinetry,    75 Remittance Drive - Suite 3166,    Chicago, IL 60675-3166
11874901     IL Director of Employment Security,    Collections Section,    PO Box 802551,
              Chicago, IL 60680-2551
12308113    ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
              (address filed with court: Illinois Department of Revenue,    Bankruptcy Section,
              100 West Randolph Street,    Level 7-425,    Chicago, Illinois  60601)
11874904    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
              PHILADELPHIA PA 19114-0326
              (address filed with court: Internal Revenue Service,    Centralized Insolvency,   PO Box 21126,
              Philadelphia, PA 19114)
11874900     Idearc Media Corp.,    PO Box 619810,    Dallas, TX 75261-9810
11874902     Illinois Department of Revenue,    Bankruptcy Section,    PO Box 64338,    Chicago, IL 60664-0338
11874903    +Insight Media,    3116 North Dries Lane - Suite 100,    Peoria, IL 61604-1279
11874905    +Jaeckle Distributors,    4101 Owl Creek Drive,    Madison, WI 53718-4407
11874906    +James Mitchell,    1571 S. Winnebago Road,    Winnebago, IL 61088-9004
11874907    +Jim Butler,    1210 Lawn Place,    Freeport, IL 61032-6654
11874908    +LDS&S,    PO Box 215,    Sussex, WI 53089-0215
11874910     MEPCO Finance Corp.,    PO Box 5978,    Carol Stream, IL 60197-5978
11874909    +Mastercraft Industries, Inc.,    120 W. Allen,    Rice Lake, WI 54868-2227
11874911    +Messerli & Kramer, P.A.,    3033 Campus Drive - #250,    Minneapolis, MN 55441-2662
11874912    +Moring Disposal,    PO Box 158,    Forreston, IL 61030-0158
11874913    +NiCor Gas,    1844 W. Ferry Road,    Naperville, IL 60563-9600
11874914     Orchard Bank - HSBC Card Services,    PO Box 80084,    Salinas, CA 93912-0084
11874915     Parksite Group,    33170 Treasury Center,    Chicago, IL 60694-3100
11874916     Pierce Laminated Products,    2530 N. Court Street,    Rockford, IL 61103
11874917    +Plager, Krug & Bauer, Ltd.,    PO Box 839,    Freeport, IL 61032-0839
11874918    +Randy's Electric,    701 Country Lane,    Freeport, IL 61032-7701
11874919     Sephenson County Check,    Offender Program,    PO Box 292,    Freeport, IL 61032-0292
11874920    +Singles,    % Attorney George E. Enstrom,    10 N. Chicago Avenue,    Freeport, IL 61032-4248
11874921    +State Bank of Pearl City,    215 S. Main Street,    Pearl City, IL 61062-9220
11874922     Stephenson County Check,    Offender Program,    PO Box 292,    Freeport, IL 61032-0292
11874923    +Stephenson County Treasurer,    15 N. Galena Avenue,    Freeport, IL 61032-4393
11874924    +Steve McWhirter,    1331 S. Benson Boulevard,    Freeport, IL 61032-6127
11874925    +Superior Kitchen and Bath, Inc,,    1263 W. Stover,    Freeport, IL 61032-4872
11874926    +TAG-Trade Assoc. Group,    1730 West Wrightwood,    Chicago, IL 60614-1972
```

```
District/off: 0752-3           User: cbachman              Page 2 of 2                    Date Rcvd: Oct 17, 2008
Case: 08-70094                 Form ID: pdf002             Total Served: 100

 11874928     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court:   Toyota Financial Services,    PO Box 5855,   Carol Stream, IL 60197)
 11874927      The Journal Standard,    PO Box 330,    Freeport, IL 61032-0330
 11874929     +Triangle Counter Tops, Inc.,    PO Box 2417,    Loves Park, IL 61132-0417
 11874932    ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court:   US Bank,    OS-WI-FCRS,    1850 Osborn Avenue,    Oshkosh, WI 54902)
 12053677     +US BANK CORP/RETAIL PAYMENT SOLUTIONS,    PO BOX 5229,    CINCINNATI, OHIO 45201-5229
 11874931     +US Bank,    425 Walnut Street,    Cincinnati, OH 45202-3937
 11874930      US Bank,    PO Box 790401,    Saint Louis, MO 63179-0401
 11874933     +US Bank,    50 W. Douglas St,    Freeport, IL 61032-4130
 11874936      US Bank Cardmember Services,    PO Box 6352,    Fargo, ND 58125-6352
 11874935     +US Bank Cardmember Services,    PO Box 6353,    Fargo, ND 58126-0001
 11874934     +US Bank Cardmember Services,    PO Box 108,    Saint Louis, MO 63166-0108
 11874937      US Directory,    Directory Billing, LLC,    PO Box 810625,    Boca Raton, FL 33481-0625
 11874938     +Vendura Industries,    1202 Fermite Drive,    Madison, WI 53716-3734
 12053461     +Verizon Directories,    Idearc Media,    5601 Executive Drive,    Irving, TX 75038-2508
 12237592     +Verizon North Inc,    AFNI/Verizon,    404 Brock Dr,    Bloomington, IL 61701-2654
 11874940     +Vernon and Sharon Ruthe,    69 N. Westwood Avenue,    Freeport, IL 61032-3615
 11874942      WFNNB - Gander Mountain,    Bankruptcy Department,    PO Box 182125,    Columbus, OH 43218-2125
 11874941      Warmly Yours,    2 Corporate Drive - Suite 100,    Lake Zurich, IL 60047-8933
 12154566     +World’s Foremost Bank,    PO Box 82609,    Lincoln, NE 68501-2609
 11976829     +Yellow Book USA,    % RMS Bankruptcy Recovery Serv,    PO Box 5126,    Timonium, MD 21094-5126
 11874943     +Yellow Book USA,    6300 C Street SW,    Cedar Rapids, IA 52404-7470
 12226295      eCAST Settlement Corporation assignee of,    HSBC Bank Nevada and its Assigns,    POB 35480,
                Newark NJ 07193-5480
The following entities were served by electronic transmission on Oct 18, 2008.
 11874864      E-mail/Text: MARYD@AEROINC.NET                            Aero Group, Inc.,
                216 E. Stephenson Street,    Freeport, IL 61032-4214
 11874879     +E-mail/Text: elizabeth.soehren-jones@exeloncorp.com                            Commonwealth Edison,
                attn:   BK Secion/Rev Mgmt,    2100 Swift Drive,    Oak Brook, IL 60523-1559
 12007295      E-mail/PDF: mrdiscen@discoverfinancial.com Oct 18 2008 05:23:03
                Discover Bank/DFS Services LLC,    PO Box 3025,    New Albany OH 43054-3025
 11874886     +E-mail/PDF: mrdiscen@discoverfinancial.com Oct 18 2008 05:23:03      Discover More Card,
                PO Box 30943,    Salt Lake City, UT 84130-0943
 12170869      E-mail/Text: resurgentbknotifications@resurgent.com
                LVNV Funding LLC its successors and assigns as,    assignee of Citibank,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
 11874939      E-mail/PDF: BankruptcyEBN@afninet.com Oct 18 2008 02:30:43      Verizon North,    PO Box 920041,
                Dallas, TX 75392-0041
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 aty*         +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
                Rockford, Il 61108-2579
                                                                                              TOTALS: 0, * 1

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ‘++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 19, 2008**              **Signature:**   _Joseph Speetjens_