UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) In Bankruptcy Under Chapter 7 |
| JOEL R. AND KIMBERLY A. RUTHE, | ) |
| | ) Case No.  08-70094 |
| Debtors. | ) |
| | ) Judge Manuel Barbosa |

## OBJECTION TO TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

Carl Roderick, by his attorney, David F. Black, UAW-Chrysler LLC Legal

Services Plan, offers the following Objection to Trustee's Final Report and Applications

for Compensation:

1. Carl Roderick filed a timely Proof of Claim in the amount of $3000 asserting

a priority under 11 USC 507(a)(7).

2. By way of an Order dated October 6, 2008, this Claim was allowed and given

priority status up to the statutory limit of $2425.

3. The Trustee's Application for Compensation and Expenses, if granted, would

leave nothing for distribution to creditors, even priority creditors.

4. 11 USC 330(a)(1)A allows "reasonable compensation" and 11 USC 326(a)

allows fess based on assets recovered, but provides that compensation is "not to exceed"

the given percentages.

WHEREFORE Carl Roderick asks this Court to scale back the fee applications of

the Trustee and the Trustee's attorney to allow for some return to creditors on the

proceeds of the property that was sold by the Trustee.

_____
David F. Black, Attorney for Carl Roderick

David F. Black
UAW-Chrysler LLC Legal Services Plan
600 South State Street, Suite 200
Belvidere, IL  61008
(815) 544-2525