UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | In Bankruptcy Under Chapter 7 |
| | ) | |
| JOEL R. AND KIMBERLY A. RUTHE, | ) | Case No. 08-70094 |
| | ) | |
| Debtors. | ) | Judge Manuel Barbosa |

## TRUSTEE'S FINAL ACCOUNT, CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION FOR DISCHARGE OF THE TRUSTEE

TO: THE HONORABLE BANKRUPTCY JUDGE MANUEL BARBOSA

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report.

All checks were issued. Evidence of all cancelled checks are attached as Group Exhibit "A" and the final bank statement is attached as Exhibit "B" reflecting a balance of zero for this estate.

The Trustee certifies that the estate has been fully administered, request that he be discharged, and the case closed pursuant to 11 U.S.C. Section 350.

TRUSTEE, JAMES E. STEVENS

### CERTIFICATION OF REVIEW

The United States Trustee has reviewed the Final Account, Certification that the Estate has been Fully Administered and Application for Discharge of the trustee in accordance with the standards set forth in the MOU dated April 1, 1999 and has no objection to the trustee's certification that the estate has been fully administered and is ready to close.

Dated: 1-23-09

WILLIAM T. NEARY, UNITED STATES TRUSTEE

By: *Christine K. Miller*
CHRISTINE K. MILLER, Paralegal Specialist

BARRICK, SWITZER, LONG
BALSLEY & VAN EVERA
BY: JAMES E. STEVENS
6833 STALTER DRIVE
ROCKFORD, IL 61108
(815) 962-6611

**JPMorganChase**

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

November 29, 2008 through December 31, 2008
Account Number: **000312097001466**

## CUSTOMER SERVICE INFORMATION

Service Center:                     1-800-634-5273



00015361 DBI 802 24 00209 - NNNNN  1 000000000 60 0000
08-70094 RUTHE JOEL R
RUTHE KIMBERLY A DEBTOR
330420 JAMES STEVENS TRUSTEE
BRANCH 312, 4 NYP, 17TH FLOOR
NEW YORK NY 10004

## CHECKING SUMMARY    Bankruptcy Business Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance |  | $9,218.15 |
| Checks Paid | 3 | - 9,218.15 |
| Ending Balance | 3 | $0.00 |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 101 | 12/12 | $198.81 |
| 102 | 12/12 | 269.00 |
| 103 | 12/12 | 8,750.34 |
| Total Checks Paid |  | $9,218.15 |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 12/12 | $0.00 |

**JPMorganChase**

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

November 01, 2008 through November 28, 2008
Account Number: **000312097001465**

## CUSTOMER SERVICE INFORMATION

Service Center:   **1-800-634-5273**



00015939 DBI 802 24 33608 - NNNNN  6  000000000  60 0000
08-70094 RUTHE JOEL R
RUTHE KIMBERLY A DEBTOR
330420 JAMES STEVENS TRUSTEE
BRANCH 312, 4 NYP, 17TH FLOOR
NEW YORK NY 10004

## SAVINGS SUMMARY | Bankruptcy Business Money Market

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | $0.00 |
| **Ending Balance** | 0 | $0.00 |
| Interest Paid Year-to-Date |  | $6.88 |

This account earns interest daily and the current interest rate is 0.10%.

The total interest paid this year is $6.88.

**JPMorganChase**

May 31, 2008 through June 30, 2008
Account Number: **000312097001465**

| IMAGES | ACCOUNT # 000312097001465<br>RUTHE JOEL R<br>08-70094 |
|---|---|



004780920741 JUN 10 #0000001001 $9.22



004780920741 JUN 10 #0000001001 $9.22



Page 2 of 2

JPMorganChase

November 29, 2008 through December 31, 2008

Account Number: **000312097001466**

IMAGES

ACCOUNT # 000312097001466
RUTHE JOEL R
08-70094



005780687830 DEC 12 #0000000101 $198.81



005780687830 DEC 12 #0000000101 $198.81



005780687829 DEC 12 #0000000102 $269.00



005780687829 DEC 12 #0000000102 $269.00



Page 2 of 3

# JPMorganChase

November 29, 2008 through December 31, 2008

Account Number: **000312097001466**

ACCOUNT # 000312097001466
RUTHE JOEL R
08-70094




005780687831 DEC 12 #0000000103 $8,750.34

194891159-12-11-2808>871923397<

005780687831 DEC 12 #0000000103 $8,750.34